No. 11–5514. NANCE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5515. PALMER *v.* BUGE ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–5516. BOWENS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5517. ANDERSON *v.* AMAWI ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–5518. BLOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5519. BURNETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5520. RAMIREZ *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5521. SHAW *v.* WATSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–5522. STOKES *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–5523. ZAMBRANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5524. WILLIAMS *v.* LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–5526. STRATTON *v.* TEXAS (five judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 11–5527. CRAWFORD *v.* HARTLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5528. DARVIE *v.* COUNTRYMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–5530. EVANS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 11–5531. CEDENO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.